UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH NEWMAN et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UBER TECHNOLOGIES, INC. et al., | ) ) | Case No. 4:24-cv-00575-SRC |
| Defendants. | ) ) ) | |

### Order of Dismissal

In accordance with the memorandum and order entered this same date, the Court dismisses, without prejudice, Count I of Plaintiffs' complaint.

So ordered this 13th day of November 2024.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE