UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSEPH NEWMAN et al.,                )
                                     )
        Plaintiffs,                  )
                                     )
        v.                           )
                                     )
TORIAN WILSON,                       )        Case No. 4:24-cv-00575-SRC
                                     )
        Defendant.                   )
                                     )

## **Order of Dismissal**

In accordance with the order entered this same date, the Court dismisses, without

prejudice, Plaintiffs' remaining claims.

So ordered this 4th day of December 2024.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE